20 A.3d 434

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANDRE STANLEY, DEFENDANT–MOVANT,
AND TARIK MADISON, DEFENDANT.

May 19, 2011.

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted.

20 A.3d 434

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. CARLTON
HARRIS, DEFENDANT–RESPONDENT.

May 19, 2011.

This matter having been duly presented to the Court, it is
ORDERED that the motion for leave to appeal is granted.